STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
ALEXANDER McALLISTER, DEFENDANT-PETITIONER.

*Mr. Alexander McAllister, in propria persona.*

*Mr. Brendan T. Byrne* and *Mr. Sanford M. Jaffe* for the
respondent.

November 14, 1960.   Denied.